UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61850-CIV-DIMITROULEAS

JARRET SILAGYI and
LAUREN SILAGYI,

    Plaintiffs,

v.

DANIEL TOWRISS,

    Defendant.
_____/

### ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; DENYING MOTION FOR ATTORNEY'S FEES

THIS CAUSE is before the Court upon Plaintiffs' Motion for Adjudication of Entitlement to Attorney's Fees and Costs [DE 5]; Plaintiffs' Motion for Attorneys' Fees [DE 27]; and the March 11, 2021 Magistrate Judge's Report and Recommendation (the "Report") [DE 30]. The Court notes that no objections to the Report [DE 30] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 30] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 30] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 30] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiffs' Motion for Attorneys' Fees [DE's 5, 27] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of March, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Snow
Counsel of record